Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

_____3rd_____ Division

| | |
|---|---|
| Ronald L. Hester | Case No. __1:20-CV-1153__ |
| *Plaintiff(s)* | (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | LEK/CFH |
| -v- | Jury Trial: (check one) ☑ Yes ☐ No |
| Albany County District Attorney<br>David Soares<br>Joseph Bracato<br>Justice Roger D. McDonough | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
SEP 2 1 2020
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

   **A.    The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name              Ronald Hester
   Street Address    17 Rawson St
   City and County   Albany New York
   State and Zip Code  New York 12206
   Telephone Number  718-503-2153
   E-mail Address    rhester43@gmail.com

   **B.    The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

# UNITED STATES DISTRICT COURT
for the
Northern District of New York
3rd Division

Ronald Hester
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Albany N.Y. Police Department (CRU)
Albany County District Attorney
_____
Defendant(s) "See Attached"
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Ronald Hester
  Address: 17 Rawson St
  City: Albany   State: N.Y.   Zip Code: 12206
  County: Albany County
  Telephone Number: 718-503-2153
  E-Mail Address: rhester43@gmail.com

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
  Name: Sgt.
  Job or Title (if known): Sgt.
  Address: Albany New York Police Department
  City: Albany   State: N.Y.   Zip Code: 12206
  County: Albany
  Telephone Number:
  E-Mail Address (if known):

  [ ] Individual capacity   [x] Official capacity

  Defendant No. 2
  Name: Officer #1 #2 #3 #4 #5
  Job or Title (if known):
  Address: "Same As Above"
  City:   State:   Zip Code:
  County:
  Telephone Number:
  E-Mail Address (if known):

  [ ] Individual capacity   [ ] Official capacity

Page 2 of 6

Defendant No. 3
Name: Officer #6 #7 #8 #9
Job or Title (if known):
Address: Albany P.D. (CRU)
City / State / Zip Code

County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity   [✓] Official capacity

Defendant No. 4
Name: Joseph Bracoto D.A.
Job or Title (if known): Albany County District Attorney
Address: Albany, N.Y. 12205
City / State / Zip Code

County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity   [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The defendants Knowingly charged the ~~defendant~~ Plantiff with Crimes he was not a party to. These defendants also Conducted a Strip Search in a Residence. See attach

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Albany New York 52 1/2 Phillips St

B. What date and approximate time did the events giving rise to your claim(s) occur?

June - 2017 (Not Guilty Verdict Sept 2018)

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

Maliciously Prosecuted despite testimony and Knowledge of my Non-involvement on the day the incident Occured. The Sgt. Testified at my Trial that he Never Saw me during their investigation Nor was I part of it. Despite this; I alone stood to face all charges Despite Seven individuals being Charged. Six individuals were released at arraignment "See attach."

Page 4 of 6

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Due to these events I have had numerous seizures and have avoided all police in my Community. I have also been charged falsely by Albany County District attorney after my Trial concerning my Car dealership; those charges were false as well and dismissed at the Grand Jury. I had an Employee testify along with documentation to prove my innocense once again.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I request that the Court grant the Plantiff reimbursement for loss wages ($35,000), pain and Suffering ($500,000). The Plantif also seeks any Damages the Court may Deem just and proper.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08-28-2020

Signature of Plaintiff: *Ronald Hester*
Printed Name of Plaintiff: Ronald Hester

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
       City ____ State ____ Zip Code
Telephone Number: 718-503-2153
E-mail Address: rhester93@gmail.com

In June of 2017, I Ronald Hester went to visit a friend at 52 1/2 Phillips St in the downtown area of Albany New York. Upon entering my friends home and locking the

door behind me, I heard a loud bang which was the Albany Police Department executing a warrant. I later came to know that the warrant was for my friend and his

home.

I was stripped searched inside the residence after I tried my hardest to convince the officers that they were violating my rights. I had been searched upon my

handcuffing for weapons or any other illegal item. I even tried to warn them that their actions were not legal in this particular matter. They were adamant and

demanded that everyone strip.

The next day we were all arraigned, myself and six other individuals (named in file).

Ultimately the charges were dropped against the individual who's name was on the warrant and the other five individuals. I alone, the person who was there for forty

five seconds in total; was charged with everything found in the home.

I remained incarcerated as I prepared for trial to prove my innocence.

During the Pre-trial hearings two issues came up that were obvious to everyone except for the Honorable Judge Roger D. McDonough.

Det. Jason Kelly submitted a affidavit of Affirmation requesting no Knock warrant. In the affidavit he provides supporting documents to support his knowledge of

where the warrant was to be executed. The document he provided the court was a form the lease holder signed when he applied for rental assistance. The address

on that document provided to the courts was 52 1/2 Phillips St First Floor Apt #1 Albany New York.

The apartment where the warrant was executed, that apartment was located on the second floor and that Apartment was #2.

When provided with clear evidence that a warrant signed by a Judge was executed at the wrong address. The said the first floor was a store front.

There was never any suggestion that the officers thought different until the issue arose during pre trial hearing.

Despite the document from social services the motion was denied.

Next claim involves a motion to dismiss my indictment for failure to allow me to testify on my own behalf. Despite email evidence of the correspondence between the

people and my attorney where they both agreed to do so. I was never produced and indicted in my

absence.

At trial, there was evidence to be tested at the lab for DNA and Narcotics testing. The officer who collected the evidence (Detective Mulligan) happened to be the

brother of the lab technician.

There was a claim by Sgt. Plante that I actually possessed some substance. This particular plastic bag was not tested for DNA; this was found allegedly in my groin

area. Further more a void-dire hearing was conducted where the judge instructed the District attorney that she could not mention why I was arrested in the past only

whether I was convicted of a felony. No later than five minutes after the jury returns she asked exactly what the court instructed her not to do.

Next we had an issue with the strip search form. Apparently this form is filed when a strip search is performed. This Document was not turned over during discovery

and was only revealed by my defense attorney at trial.

Then and only then were the officers forthcoming about their actions that afternoon.

Claim

See attached: The legal standards derived from the 4th Amendment provide constitutional protection to individuals in the following situations, among others

- Police officers enter an individual's apartment to search for evidence of crime.
- No crime was committed here and all individuals involved were exonerated. The warrant was invalid and the officers acting under color of law provided false information to the courts. In the process violating my civil and human rights.

*Ronald Nest* (signature)