UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**RONALD HESTER,**
        Plaintiff,

   vs.                                  **CASE NUMBER: 1:20-cv-1153  MAD/CFH**

**DET. JOHN REGAN;**
**DET. JASON KELLEY; and**
**SGT. BRIAN PLANTE,**
        Defendants.

_____

**Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED and ADJUDGED** that in the above entitled action, after the completion of a Jury Trial before the Honorable Mae A. D'Agostino on March 6, 2024, the Jury finds in favor of the defendants Sgt. Brian Plante, Det. John Regan, and Det. Jason Kelley.  Accordingly, the action is **DISMISSED** in its **ENTIRETY**, and Judgment is entered in favor of defendants Plante, Regan, and Kelley, and against the plaintiff, Ronald Hester.

DATED: March 6, 2024

                                                      *[Signature]*
                                                      Clerk of Court

                                                      S/Britney Norton
                                                      Britney Norton
                                                      Deputy Clerk